**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BROADBAND GRAPHICS, LLC,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**VECTORVEST, INC.,**<br><br>    **Defendant.** | Case No.:  **12-CV-5181 YGR**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of Dismissal With Prejudice filed in this action (Dkt. No. 29), the Complaint of Plaintiff Broadband Graphics, LLC is **DISMISSED** in its entirety, with prejudice.  Each party is to bear its own costs.

The compliance hearing set for May 31, 2013, is **VACATED**.

**IT IS SO ORDERED**.

Dated: May 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**