United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BROADBAND GRAPHICS, LLC,** | Case No.:  **12-CV-5181 YGR** |
| **Plaintiff,** | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| **VECTORVEST, INC.,** | |
| **Defendant.** | |

Pursuant to the Stipulation of Dismissal With Prejudice filed in this action (Dkt. No. 29), the Complaint of Plaintiff Broadband Graphics, LLC is **DISMISSED** in its entirety, with prejudice.  Each party is to bear its own costs.

The compliance hearing set for May 31, 2013, is **VACATED**.

**IT IS SO ORDERED**.

Dated: May 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**